# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**ASHRAF MUSTAFA,**

Plaintiff,

vs.

**FORD MOTOR COMPANY,**

Defendant.

Civil Action No. 2:22-cv-11902
Hon. Terrence G. Berg
Mag. Judge Anthony P. Patti

---

## ORDER Regarding Notice of Withdrawal of Attorneys (ECF No. 40)

Before the Court is the Notice of Withdrawal of Appearances of Katherine V.A. Smith, Molly T. Senger, Naima L. Farrell, and Amalia E. Reiss.  For good cause shown, the Court grants the withdrawal of appearances of Katherine V.A. Smith, Molly T. Senger, Naima L. Farrell, and Amalia E. Reiss.  Defendant will now be represented in this matter by Katherine J. Van Dyke (P62806) and Alessia M. Montemurri (P88815) of Jackson Lewis P.C., who are admitted to practice law in Michigan.

**SO ORDERED**.

Dated: April 17, 2026

s/Terrence G. Berg
Terrence G. Berg
United States District Judge